[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 413.]

MCDONALD ET AL., APPELLANTS, *v*. NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *McDonald v. Nationwide Mut. Ins. Co.*, 1997-Ohio-374.]

*Insurance—R.C. 2125.02 wrongful death beneficiary who is not named insured under the policy can recover under uninsured/underinsured motorist provisions of a decedent's automobile liability insurance policy, when.*

(No. 96-2226—Submitted May 7, 1997—Decided September 24, 1997.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 69419.

———————————

*Hermann, Cahn & Schneider, Kent B. Schneider* and *Jay H. Salamon*, for appellants.

*Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Timothy D. Johnson, Gregory E. O'Brien* and *Daniel A. Richards*, for appellee.

———————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Holt v. Grange Mut. Cas. Co.* (1997), 79 Ohio St.3d 401, 683 N.E.2d 1080, decided today, and the cause is remanded to the trial court.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent for the reasons stated in Justice Cook's dissent in *Holt*.

MOYER, C.J., dissents.

———————————